**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 29, 2018.**

In The

# Fourteenth Court of Appeals

### NO. 14-18-00013-CR

**FREDDRICK L. WOODS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1534608**

## M E M O R A N D U M   O P I N I O N

Appellant Freddrick L. Woods has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby
Do Not Publish – Tex. R. App. P. 47.2(b)